# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RODERICK JOHN HALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-206

[February 1, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502020CF002032A.

Carey Haughwout, Public Defender, and Elijah Giuliano, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

### ON APPELLANT'S MOTION FOR WRITTEN OPINION

PER CURIAM.

We grant the motion for written opinion, withdraw our prior opinion, and substitute the following in its place.

We affirm appellant's conviction and sentence on all issues raised. As to her claim that her sixth and fourteenth amendment rights were violated when she was convicted by a jury of fewer than twelve members, we affirm based on *Guzman v. State*, 350 So. 3d 72, 73 (Fla. 4th DCA 2022).

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\*          \*          \*

***Final Upon Release; No Motion for Rehearing Will Be Entertained.***